RECEIVED
MAR 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE C. GRAY (#19473-078), Plaintiff | CIVIL ACTION NO. 1:16-CV-1275-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| M. D. CARVAJAL, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Gray's <u>Bivens</u> claim is DENIED and DISMISSED with prejudice against all defendants. The Clerk is directed to add the United States as the sole defendant for Gray's FTCA claim, which will be served pursuant to a separate order.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 15th day of March, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE